UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CARLOS KRIER,  :
                                  Plaintiff,  :      08 Civ. 0928 (HB)
                                          :      **ORDER**
       -against-                    :
UNITED STATES,  :
                              Defendant.  :
------------------------------------------------------x

**Hon. Harold Baer, Jr., District Judge:**

     WHEREAS on January 28, 2008, Plaintiff Carlos Krier filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241; it is hereby

     ORDERED that the United States Attorney's Office shall respond to the Plaintiff's Petition by April 7, 2008. The Assistant United States Attorney may obtain a copy of the Petition and any relevant materials from my Chambers.

**SO ORDERED.**

March 5, 2008
New York, New York

                                                    U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-5-08