```
┌─────────────────────────┐
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #:  _____ │
│ DATE FILED: 3/31/08     │
└─────────────────────────┘
```

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, Third Floor
New York, New York 10007

March 27, 2008

**BY HAND DELIVERY**

Hon. Harold Baer
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

RECEIVED
MAR 28 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

Re: *Kier v. Killian*, 08 Civ. 0928 (HB)

Dear Judge Baer:

This Office represents Warden J. M. Killian (the "Government") as the respondent in the above-referenced matter in which *pro se* petitioner Carlos Kier, an inmate at the Federal Correctional Institution in Otisville, New York ("FCI-Otisville"), seeks a writ of habeas corpus. The Government writes respectfully to seek a one-week extension of its time to respond to Mr. Kier's petition, from April 2, 2008 to April 9, 2008. Because Mr. Kier is currently incarcerated, I have not attempted to contact him to obtain his consent.

Here, Mr. Kier challenges (1) the validity of a 36-month term of imprisonment imposed on him by the United State Parole Commission (the "Parole Commission") for violating conditions of supervised release for a prior conviction and (2) the total length of his imprisonment, which also includes a six-year term for a heroin distribution conviction. While he currently is committed to the custody of the United States Bureau of Prisons (the "BOP"), Mr. Kier's underlying convictions were in the District of Columbia Superior Court. The purpose of the requested extension is to enable the Government to obtain all necessary information concerning Mr. Kier's sentences from the Parole Commission, the BOP and any other relevant federal or local agencies. I thank the Court for considering this request.

*[handwritten: very well april 9, 08
Harold Baer Jr., U.S.D.J.
3/31/08]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
LI YU
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2734
Fax: (212) 637-2686